RICHARDSON, D.

v.

**PRIMECARE MEDICAL (OOR)**

**1584 CD 2016**

Commonwealth Court of Pennsylvania.

06/08/2017

Office of Open Records, OOR Dkt. AP 2016–1461

Transfer

INFANTE, G.

v.

**UCBR**

**1711 CD 2016**

Commonwealth Court of Pennsylvania.

06/08/2017

Unemployment Compensation Board of Review, B–592728

Affirmed

VIGNETTI, L., et al.

v.

**BORO OF MUNHALL, et al.**

**571 CD 2016**

Commonwealth Court of Pennsylvania.

06/09/2017

Allegheny County Civil Division, No. GD 09–012683

Affirmed

TILLMAN, J.

v.

**DOC, et al.**

**327 MD 2016**

Commonwealth Court of Pennsylvania.

6/9/2017

Original Jurisdiction

Dismissed